JOHN H. BRINK (SBN 28018)
KATHRYN E. VAN HOUTEN (SBN 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile:  (818) 240-7728

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 10MC0045 MCE EFB |
| Plaintiff, | ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR |
| vs. | |
| OPANION GYAAMI | |
| Defendant. | |

Upon reading the foregoing Declaration, and it appearing that this is a proper case for the appearance of said OPANION GYAAMI, for application of plaintiff;

IT IS ORDERED THAT OPANION GYAAMI, shall appear personally before United States Magistrate Judge Edmund F. Brennan, in Courtroom 24 of the United States District Courthouse, located at **501 "I" Street, Sacramento, CA**; on **August 4, 2010 at 9:30 a.m.,** to furnish information to aid in enforcement of a money judgment against you.[1]

**NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF**

---

[1] Although plaintiff's proposed order included language requiring defendant to bring certain documents to the examination, the parties shall comply with the procedures set forth in Cal. Civ. Proc. Code § 708.030 with regard to any document requests.

1 **COURT, AND THE COURT MAY MAKE AN ORDER REQUIRING YOU**
2 **TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE**
3 **JUDGMENT CREDITOR IN THIS PROCEEDING.** *See* **Cal. Civ. Proc. Code**
4 **§ 708.110(e).**
5 DATED:  June 22, 2010.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE