JOHN H. BRINK  (SBN 28018)
KATHRYN E. VAN HOUTEN (SBN 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile:  (818) 240-7728

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No: 10MC0045 MCE EFB |
|                            ) | |
|                            ) | |
|           Plaintiff,        ) | ORDER FOR APPEARANCE |
|    vs.                      ) | AND EXAMINATION OF |
|                            ) | JUDGMENT DEBTOR |
| OPANION GYAAMI,          ) | |
|                            ) | |
|          Defendant.    ) | |
| _____ ) | |

      Upon reading the Application for an Order that Elizabeth Gyaami appear for examination, and the declaration of Kathryn E. Van Houten in support thereof, Dckt. No. 6, and it appearing that this is a proper case for the appearance of said ELIZABETH GYAAMI, for application of plaintiff;

      IT IS ORDERED THAT ELIZABETH GYAAMI shall appear personally before United States Magistrate Judge Edmund F. Brennan, in Courtroom 24 of the United States District Courthouse, located at **501 "I" Street, Sacramento, CA**; on **September 29, 2010 at 9:30 a.m.,** to furnish information to aid in enforcement of a money judgment against the Judgment Debtor, OPANION GYAAMI.

## APPEARANCE OF A THIRD PERSON

**(1) NOTICE TO PERSON SERVED.  IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO <u>ARREST</u> AND PUNISHMENT FOR CONTEMPT OF**

COURT, AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

(2) NOTICE TO JUDGMENT DEBTOR.  THE PERSON IN WHOSE FAVOR THE JUDGMENT WAS ENTERED IN THIS ACTION CLAIMS THAT THE PERSON TO BE EXAMINED PURSUANT TO THIS ORDER HAS POSSESSION OR CONTROL OF PROPERTY WHICH IS YOURS OR OWES YOU A DEBT.  THIS PROPERTY OR DEBT IS AS FOLLOWS: REAL PROPERTY LOCATED AT 1012 KEYSTONE CT., VACAVILLE AND SUMS OF MONEY RETAINED EXCEEDING MONTHLY LIVING EXPENSES TO BE DETERMINED.

IF YOU CLAIM THAT ALL OR ANY PORTION OF THIS PROPERTY OR DEBT IS EXEMPT FROM ENFORCEMENT OF THE MONEY JUDGMENT, YOU MUST FILE YOUR EXEMPTION CLAIM IN WRITING WITH THE COURT AND HAVE A COPY PERSONALLY SERVED ON THE JUDGMENT CREDITOR NOT LATER THAN THREE DAYS BEFORE THE DATE SET FOR THE EXAMINATION.  YOU MUST APPEAR AT THE TIME AND PLACE SET FOR THE EXAMINATION TO ESTABLISH YOUR CLAIM OF EXEMPTION OR YOUR EXEMPTION MAY BE WAIVED.

DATED:  August 11, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE