JOHN H. BRINK  (SBN 28018)
KATHRYN E. VAN HOUTEN (SBN 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile:  (818) 240-7728

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 10 MC0045 (MCE)EFB |
| Plaintiff, | ORDER VACATING DEBTOR'S EXAMINATION |
| vs. | |
| OPANION GYAAMI, | Date: January 5, 2011<br>Time: 9:30 a.m.<br>Ctrm:  24 |
| Defendant. | |

In light of the representations made in plaintiff's request to vacate filed on December 30, 2010, Dckt. No. 12, that request is granted and the debtor's examination of third party deponent ELIZABETH GYAAMI currently set for January 5, 2011 at 9:30 a.m. is hereby vacated.

IT IS SO ORDERED:

DATED:  January 3, 2011.

_[signature]_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE