KATHRYN E. VAN HOUTEN (SBN 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 920
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> OPANION GYAAMI, <br> Defendant. | Case No.: CV 10-MC-0045-MCE-EFB <br><br> [~~PROPOSED~~] ORDER VACATING DEBTOR'S EXAMINATION <br><br> Date: October 11, 2017 <br> Time: 9:30 a.m. <br> Ctrm: 501 |

Pursuant to the government's request (ECF No. 16), the debtor's examination of defendant, OPANION GYAAMI currently set for October 11, 2017 at 9:30 a.m. is hereby vacated.

IT IS SO ORDERED.

DATED: September 21, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE